UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-CV-62791-RNS

HOWARD COHAN,

    Plaintiff,

vs.

MW TROPIC CAY, LP, and LAUDERDALE
WATERFRONT TROPIC CAY, LLC d/b/a
TROPIC CAY BEACH RESORT HOTEL,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, HOWARD COHAN, by and through undersigned counsel, hereby notifies the Court that the parties are in the process of executing the Settlement Agreement and request fourteen (14) days to finalize the settlement and file for dismissal of this matter. The Parties request that the Court stay all matters and pending deadlines in this Action and grant the Parties fourteen (14) days to finalize their written settlement agreement and to submit the appropriate notices and/or motions to the Court regarding dismissal of the Action.

## CERTIFICATE OF SERVICE

I certify that February 12, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email and via transmission of Notices of Electronic Filing generated by CM/ECF.

    Respectfully submitted,

    MARK D. COHEN, P.A.
    Co-Counsel for Plaintiff
    Presidential Circle
    4000 Hollywood Blvd., Ste. 435 So.
    Hollywood, Florida 33021
    Telephone (954) 962-1166
    Facsimile (954) 962-1779

    /s/ Mark D. Cohen
    Mark D. Cohen, Esquire
    Email: mdcohenpa@yahoo.com
    Florida Bar No.: 347345