United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Howard Cohan, Plaintiff ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 14-62791-Civ-Scola |
| MW Tropic Cay, LP and Lauderdale ) | |
| Waterfront Tropic Cay, LLC, ) | |
| Defendants ) | |

### Order Of Dismissal

The parties have dismissed this case with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Stip. For Dismissal With Prejudice, ECF No. 14). The Court reserves jurisdiction to enforce the parties' settlement agreement. The Court directs the Clerk to **close** this case. All pending motions, if any, are **denied** as moot.

**Done and ordered** in chambers, at Miami, Florida, on March 12, 2015.

Robert N. Scola, Jr.
United States District Judge